**the children's village**
dobbs ferry, new york 10522

**ORR: Unidos para un Sueño**

Sealing Order REPORT

**NAME:**
**DATE OF BIRTH:**
**DATE OF ADMISSION:** 08/11/2017
**DATE OF INTERVIEW:** 01/24/2018

**IDENTIFICATION, SOURCES AND PURPOSE OF REPORT:**
▇ is a Sealing Order ▇. He complains of Sealing Order ▇. Sources include interview with ▇ together with clinician DD and review of referral materials.

**HISTORY - PAST AND FAMILY:**
According to referral information ▇ left Sealing Order ▇ reports that he was enrolled in high school in Sealing Order ▇

**HISTORY - COURSE IN TREATMENT:**
▇ has no history of Sealing Order. He is referred now due to Sealing Order ▇ He is also reported to Sealing Order ▇

▇ today explained that he is Sealing Order ▇

[Sealing Order]

[Sealing Order] also reported a history of [Sealing Order].

[Sealing Order] stated that his education is very important to him. He would like to become a contractor and earn money to help his family. [Sealing Order]

[Sealing Order] **TESTING**: None available.

[Sealing Order].

**INTERVIEW** [Sealing Order]:

[Sealing Order] calm, well-groomed and physically healthy [Seali] in no distress. [Sealing] Speech normal in rate and tone. [Se] [Sealing Order]

[Sealing Order] appropriate. [Sealing Order].

[Sealing Order] showed no [Sealing Order].

[Sealing Order]: [Sealing Order] was oriented to month, year, location, and person. [Sealing Order]

[Sealing Order] adequate for safety.

**SUMMARY AND FORMULATION:**
[Sealing Order] is a [Sealing Order]

the children's village
dobbs ferry, new york 10522

*Helping Children And Families In Need Since 1851*

Sealing Order

Sealing Order

Sealing Order

The Children's Village